# AFFIDAVIT OF SERVICE

New York State     )
                   ) ss:
Dutchess County    )

I, James A Vidurek, being duly sworn, deposes and says: I am not a party to this action and am over 18 years of age. On the 8th day of November, 2014, I served the within Verivied Notice and Demand, Exhibits 1, 2, 3, 4, 4b, 5 upon the defendants/respondents whose names and addresses is set forth below, by delivering a true copy thereof and mailing them to the respective offices, addresses listed below at the US Post Office.

Tax Examiner MS 4388,
Employee ID 1000099691, Anonymous
Ogden Service Center; Taxpayer Advocate;
PO Box 9941, Stop 1005; Ogden, Utah 84409

Brenda Dial, Assumed robo signer
Ogden Service Center; Taxpayer Advocate;
PO Box 9941, Stop 1005; Ogden, Utah 84409

John Koskinen, IRS Commissioner
Ogden Service Center; Taxpayer Advocate;
PO Box 9941, Stop 1005; Ogden, Utah 84409

(Signature) _James A Vidurek_

## NOTARY

New York State, Dutchess County on this ___ day of November, 2014 before me _James Vidurek_, the subscriber, personally appeared James A Vidurek to me known to be the living man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

Notary

My commission expires: 02/04/17
(Notary Seal)

ANTONETTE T ALLEN
Notary Public - State of New York
NO. 01AL6275988
Qualified in Dutchess County
My Commission Expires 02/04/17

RECEIVED
2015 APR -6 P 3: 11
SDNY PRO SE OFFICE



Mr John Vidurek
1 South Cr
Hyde Park NY 12538



USM WP
SDNY

ALBANY NY 122
01 APR 2015 PM 4 L

United States District Court for the
Southern District of New York
300 Quarropas St,
White Plains, NY 10601